```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 11176
    WILLARD CAMERON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-6203


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 05/02/2008 and was not confirmed.

    The case was dismissed without confirmation 09/03/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------------
GREENPOINT MORTGAGE CORP  CURRENT MORTG         .00          .00            .00
GREENPOINT MORTGAGE CORP  MORTGAGE ARRE    18000.00          .00            .00
DEUTSCHE BANK NATIONAL T  CURRENT MORTG         .00          .00            .00
DEUTSCHE BANK NATIONAL T  MORTGAGE ARRE    21681.78          .00            .00
SAXON MORTGAGE SERVICES   CURRENT MORTG         .00          .00            .00
SAXON MORTGAGE SERVICES   MORTGAGE ARRE    18267.30          .00            .00
SAXON MORTGAGE SERVICES   UNSEC W/INTER  NOT FILED           .00            .00
TOYOTA MOTOR CREDIT       SECURED VEHIC         .00          .00            .00
TOYOTA MOTOR CREDIT       UNSEC W/INTER         .00          .00            .00
OPTION ONE MORTGAGE       CURRENT MORTG         .00          .00            .00
CITI RESIDENTIAL LENDING  CURRENT MORTG         .00          .00            .00
CITI RESIDENTIAL LENDING  UNSEC W/INTER  NOT FILED           .00            .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00          .00            .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00          .00            .00
INTERNAL REVENUE SERVICE  PRIORITY       NOT FILED           .00            .00
BANK OF AMERICA BANK      UNSEC W/INTER     3458.04          .00            .00
SPRINT PCS                UNSEC W/INTER  NOT FILED           .00            .00
CITIBANK USA NA           UNSEC W/INTER     1890.59          .00            .00
CHICAGO DEPT OF REVENUE   UNSEC W/INTER     1970.00          .00            .00
COLUMBUS BANK & TRUST     UNSEC W/INTER  NOT FILED           .00            .00
COMCAST                   UNSEC W/INTER  NOT FILED           .00            .00
COMCAST                   UNSEC W/INTER  NOT FILED           .00            .00
SBC ILLINOIS              UNSEC W/INTER  NOT FILED           .00            .00
CITIZENS BANK             UNSEC W/INTER  NOT FILED           .00            .00
NICOR GAS                 UNSEC W/INTER  NOT FILED           .00            .00
ANGEL FLOWERS             NOTICE ONLY    NOT FILED           .00            .00
DEUTSCHE BANK NATIONAL T  NOTICE ONLY    NOT FILED           .00            .00
DEUTSCHE BANK NATIONAL T  NOTICE ONLY    NOT FILED           .00            .00
COUNTRYWIDE HOME LOANS    SECURED NOT I         .00          .00            .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER     1238.38          .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,314.00                    1,959.60
TOM VAUGHN                TRUSTEE                                         170.40
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 11176 WILLARD CAMERON
```

```
-------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                  2,130.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                   1,959.60
TRUSTEE COMPENSATION                               170.40
DEBTOR REFUND                                         .00
                         ---------------    ---------------
TOTALS                   2,130.00           2,130.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
     Dated: 12/22/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```